# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00437-CV

**In re Fred Lyndsay**

### ORIGINAL PROCEEDING FROM SCHLEICHER COUNTY

## M E M O R A N D U M   O P I N I O N

The Texas Department of Family and Protective Services has filed a motion requesting that we abate this proceeding until after a hearing, scheduled for 11:00 a.m. on August 13, 2008, concerning the subject matter of this proceeding. The Department represents that all parties are in agreement with this abatement. Accordingly, we grant the motion and abate this proceeding pending the August 13, 2008, hearing. Upon the conclusion of the hearing on that date, the parties are instructed to advise the Court concerning the status of this proceeding.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Abated

Filed:  July 31, 2008